UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYMAN ROSHAN,<br><br>   Plaintiff,<br><br>  v.<br><br>CHIKA SUNQUIST, et al.,<br><br>   Defendants. | Case No. 24-cv-02789-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to C-23-5819 JST.

  **IT IS SO ORDERED.**

Dated: May 31, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge